IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

|  |  |
|---|---|
| THE HANOVER INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 4:19-cv-0062 |
| ) | |
| OYSTER COVE BOATWORKS & ) | |
| YACHT BROKERAGE, INC., ) | |
| CHRISTOPHER LEIGH, ) | |
| ALAN CLAY MOORE ) | |
| and ) | |
| CHERYL MOORE, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hanover Insurance Company and Defendants Oyster Cove Boatworks & Yacht Brokerage, Inc., Christopher Leigh, Alan Clay Moore, and Cheryl Moore, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party bearing its own costs and attorney's fees.

DATED: June 3, 2020

| | |
|---|---|
| /s/Andrew S. Willis | /s/David N. Ventker |
| John B. Mumford, Jr. (VSB No.: 38764) | David N. Ventker (VSB No.: 29983) |
| Andrew S. Willis (VSB No.: 84618) | Marissa M. Henderson (VSB No.: 44156) |
| HANCOCK, DANIEL & JOHNSON, P.C. | VENTKER HENDERSON, PLLC |
| 4701 Cox Road, Suite 400 | 256 W. Freemason Street |
| Glen Allen, Virginia 23060 | Norfolk, VA 23510 |
| jmumford@hancockdaniel.com | dventker@ventkerlaw.com |
| awillis@hancockdaniel.com | mhenderson@ventkerlaw.com |
| Telephone: (804) 967-9604 | *Counsel for Oyster Cove Boatworks and* |
| Fax: (804) 967-9888 | *Yacht Brokerage, Inc. and Christopher Leigh* |
| *Counsel for The Hanover Insurance Company* | |

/s/Allen W. Beasley
Allen W. Beasley (VSB No.: 24730)
Justin M. Sheldon (VSB No.: 82632)
BREIT CANTOR GRANA BUCKNER, PLLC
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
abeasley@breitcantor.com
jsheldon@breitcantor.com
*Counsel for Alan Clay Moore and Cheryl Moore*